NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| | ) | COUNT 1: |
| Plaintiff, | ) | MANUFACTURING A |
| | ) | CONTROLLED SUBSTANCE: |
| | ) | COCAINE BASE |
| v. | ) | Vio. of 21 U.S.C. 841(a)(1) and |
| | ) | (b)(1)(C). |
| | ) | |
| DON ARTHUR WEBSTER, JR., | ) | COUNT 2: |
| aka Jerry Starr, | ) | POSSESSION OF A CONTROLLED |
| | ) | SUBSTANCE, COCAINE AND |
| | ) | COCAINE BASE, WITH INTENT TO |
| Defendant. | ) | DISTRIBUTE |
| | ) | Vio. 21 U.S.C. §§ 841(a)(1) and |
| | ) | (b)(1)(C). |
| | ) | |
| | ) | COUNT 3: |
| | ) | USING AND MAINTAINING A |
| | ) | PLACE FOR MANUFACTURING, |
| | ) | DISTRIBUTING AND USING A |
| | ) | CONTROLLED SUBSTANCE: |
| | ) | COCAINE AND COCAINE BASE |
| | ) | Vio. 21 U.S.C. § 856(a)(1) and (b). |

INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning at a time unknown, but at least between on or about May 31, 2006, and continuing until at least on or about June 21, 2006, the Defendant DON ARTHUR WEBSTER, JR., aka Jerry Starr, within the District of Alaska, did knowingly manufacture a controlled substance: a mixture or substance containing cocaine base.

All of which is in violation of 21 U.S.C. 841(a)(1) and (b)(1)(C).

## COUNT 2

Beginning at a time unknown, but at least between on or about May 31, 2006, and continuing until at least on or about June 21, 2006, within the District of Alaska, the defendant, DON ARTHUR WEBSTER, JR., aka Jerry Starr, did knowingly and intentionally possess, with intent to distribute, a controlled substance: a mixture or substance containing cocaine and cocaine base.

All of which is in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(c).

## COUNT 3

Beginning at a time unknown, but at least between on or about May 31, 2006, and continuing until at least on or about June 21, 2006, within the District of Alaska, DON ARTHUR WEBSTER, JR., aka Jerry Starr, did unlawfully and knowingly use and maintain

a place for the purpose, of manufacturing, distributing and using a controlled substance: cocaine and cocaine base.

All of which is in violation of Title 21, United States Code, Section 856(a)(1) and (b).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Audrey J. Renschen
AUDREY J. RENSCHEN
Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov


s/ Nelson P. Cohen
NELSON P. COHEN
United States Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: nelson.cohen@usdoj.gov


DATED: 11/14/06